John M. McClun, appellee, v. John Radu, appellant. Gen. No. 24,498.

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed July 2, 1919.

George E. Dawson, for appellant. Bluim, Teed, McKinlay & Siqueland, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Oliver W. Fitts, appellee, v. John E. Shatford and C. E. Sawyer, appellants. Gen. No. 24,500.

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed July 2, 1919.

Miller, Starr, Brown, Packard & Peckham, for appellants. Thomas McCall, of counsel. Edward L. England, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Joseph T. Delfosse, appellee, v. William E. Hunter, appellant. Gen. No. 24,561.

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed July 2, 1919.

Anderson & Anderson, for appellant. George L. Schein, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Caroline A. Dyckman et al., appellants, v. Mathias L. Raftree et al. Mathias L. Raftree, appellee. Gen. No. 25,326.

Cross-bill to enjoin further prosecution of ejectment suit. Decree for complainant. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed July 16, 1919. Rehearing denied July 25, 1919, and opinion modified.

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellants. John S. Stevens, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Mary Gentry, administratrix of the estate of John S. Gentry, deceased, appellee, v. Chicago & Alton Railroad Company, appellant. Gen. No. 24,173.

Action under Federal Employer's Liability Act to recover for death of employee. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed July 16, 1919. Rehearing denied July 25, 1919. Thomson, P. J., dissenting.

Winston, Strawn & Shaw, for appellant; Edward W. Everett, of counsel. Rice, Lowes, O'Neil & Richards, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.